# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128135

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE PETITION FOR PROPERTY TAX
EXEMPTION.

_____

T. C. SPANN BIBLE INSTITUTE,
      Petitioner-Appellant,

v

CITY OF WESTLAND, and ASSESSOR, CITY
OF WESTLAND,
      Respondents-Appellees.

SC: 128135
COA: 257034
Wayne CC: 04-405432-AV

_____/

On order of the Court, the application for leave to appeal the January 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

s1026